**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 05 166

| | |
|---|---|
| RGP DENTAL, INC, a corporation of the State of Rhode Island | ) |
| - vs. - | ) C. A. NO. 05-1544 |
| THE CHARTER OAK FIRE INSURANCE COMPANY, a corporation of the State of Connecticut | ) |

**ENTRY OF APPEARANCE**

I, JAMES A. RUGGIERI, of Higgins, Cavanagh & Cooney, hereby enter my appearance on behalf of the defendant, Charter Oak Fire Insurance Company.

James A. Ruggieri (#2828)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500 (x 134)
Facsimile: 401- 273-8780
Email: jruggieri@hcc-law.com

3

**CERTIFICATION**

I hereby certify that a copy of the within was hand-delivered to David P. Whitman, Esq., Hanson Curran LLP, 146 Westminister Street, Providence, RI 02903, on this 20th day of April, 2005.

FILED