UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RGP DENTAL, INC. :
:
VS. : C.A. NO. 05-CV-166 ML
:
CHARTER OAK FIRE INSURANCE COMPANY :

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant Charter Oak Fire Insurance Company hereby moves that Frederick P. Marczyk be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Advertising Injury Coverage Litigation.
- Pro hac vice counsel's long-standing representation of the client: represented Travelers Property Casualty for three years.
- The local trial bar lacks experience in the field of:
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Pro Hac Vice Counsel serves as defendant's co-national counsel in the field of Advertising Injury Insurance Coverage.

Defendant
By Its Attorney,

HIGGINS, CAVANAGH & COONEY

James A. Ruggieri

James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500 Tel.
(401) 273-8780 Fax

Dated: 11/22/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New Jersey and Pennsylvania and the following federal district court bars: D.N.J., E.D.Pa and S.D.N.Y., and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceeding pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have applied to be admitted, in the following cases in this district: RGP Dental, Inc. v. Charter Oak Fire Insurance Company, C.A. No.: 04-445 ML (companion case).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

[signature]

Name:
Frederick P. Marczyk
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932
(973) 360-1100 Tel.
(973) 360-9831 Fax

[signature]

Local Associate Counsel:
James A. Ruggieri, R.I. Bar ID #: 2828
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500 Tel.
(401) 273-8780 Fax

---

**ORDER:**

This motion is hereby Granted.

[signature]
U.S. District Judge

Date: 12/15/05