12/16/05
04-227

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
DEC 30 2005
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| RGP DENTAL, INC., Plaintiff, v. CHARTER OAK FIRE INSURANCE COMPANY, Defendant. | Civil Action No.: 05-CV-166 **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff RGP Dental, Inc. ("RGP"), by and through its attorneys, Hanson Curran LLP, and defendant Charter Oak Fire Insurance Company, by and through its attorneys, Higgins, Cavanagh & Cooney, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), that RGP's complaint is hereby dismissed with prejudice and without costs.

HANSON CURRAN LLP
Attorneys for Plaintiff,
RGP Dental, Inc.

David Whitman

Dated: December 16, 2005

HIGGINS, CAVANAGH & COONEY, LLP
Attorneys for Defendant,
Charter Oak Fire Insurance Company

James A. Ruggieri

Dated: December 30, 2005

Enter:
Mary M. Lisi
USDJ 1/3/06

9